Tanya E. Moore, Esq., SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO, ) | No. 1:10-CV-02100-LJO-MJS |
| ) | |
| Plaintiff, ) | **REQUEST FOR DISMISSAL OF ACTION; ORDER** |
| ) | |
| vs. ) | |
| ) | |
| CARROWS RESTAURANTS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

No Defendant having appeared in this action, Plaintiff hereby respectfully requests that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: January 18, 2011                                MOORE LAW FIRM, P.C.


                                                                          /s/Tanya E. Moore
                                                                          Tanya E. Moore
                                                                          Attorney for Plaintiff

*Daniel Delgado v. Carrows Restaurants, Inc., et al.*
Request for Dismissal
                                                    Page 1

## ORDER

No Defendant having appeared in this action and upon the request of Plaintiff,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice <u>in its entirety</u>.

**It is so ordered.**

Dated: January 18, 2011__          /s/ Lawrence J. O'Neill__
                                    United States District Court Judge